UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GABRIELA SUAZO A/K/A GABRIELA PALING, as Personal Representative of The Estate of Rafael Enrique Suazo A/K/A RAFAEL ENRIQUE SUAZO PEGUERO, Plaintiff, v. STEVEN EMERY, Individually and in his Official Capacity as a Police Officer for the City of Lynn Police Department, and THE CITY OF LYNN, a Municipal Corporation duly established under the Laws of the Commonwealth of Massachusetts Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 1:18-cv-10228 |

**JOINT STATUS REPORT**

This Status Report is submitted in advance of the upcoming Status Conference in accordance with the Court's March 4, 2019 Electronic Order. This wrongful death/Section 1983 case arises out of the shooting death of Raphael Enrique Suazo Peguero by Detective Steven Emery of the City of Lynn Police Department on July 13, 2015. At this time, the parties have exchanged and responded to all written discovery. Additionally, the parties have collected records through numerous keepers of record requests.

The parties have worked diligently to complete all outstanding depositions with the exception of the deposition of Assistant District Attorney Jay Gubitose, which this Court ordered the parties to postpone until after the scheduled Status Conference. Since last reporting to the Court in the parties' March 1, 2019 Motion to Extend Discovery, the following depositions have taken place:

1. Plaintiff, Gabriella Suazo;

2. Lieutenant Steven M. McDonald, Massachusetts State Police;

3. 30(b)(6) of the City of Lynn Police Department, through its designees, Captain Mark O'Toole; Deputy Chief Leonard Desmaris; and Lieutenant William Sharpe;

4. Keeper of Records of the Massachusetts State Police;

5. Keeper of Records of the Essex County District Attorney's Office;

6. Non-party witness, Sharona Lande;

7. Non-party witness Albert Clements; and

8. Non-party witness, Ana Perez.

Currently pending before the Court are a motion for a protective order relating to the deposition of Assistant District Attorney Jay Gubitose, and defendant City of Lynn's Motion to obtain CORI records (and Plaintiff's objection and cross-motion thereto). Should the Court allow this discovery to proceed, the parties intend to request an additional thirty (30) days to complete this discovery.

The parties do intend to seek expert discovery. The plaintiffs anticipate disclosing at least two expert witnesses. The defendants anticipate disclosing at least two expert witnesses. In light of information, documents and data gathered as a result of these recent depositions, including raw data from imaging equipment used to capture data at the incident scene, as well as crash recorder data, the parties need additional time for their experts to process and interpret the data, review the testimony and to render their opinions. Therefore, the parties intend to move the Court to reset the Scheduling Order deadlines, with a Plaintiff's expert disclosure date of

November 1, 2019 and subsequent deadlines set accordingly. The parties will be prepared to address this issue during the scheduling conference.

The parties are amenable to participation in mediation and mutually agree and intend to seek private mediation at the close of expert discovery.

Respectfully Submitted:

| Plaintiff,<br>By her attorneys: | Steven Emery,<br>By his attorneys |
|---|---|
| /s/ Richard J. Zabbo<br>Clyde D. Bergstresser, Esq. BBO #039200<br>clyde@bergstresser.com<br>Russell X. Pollock, Esq. BBO #564883<br>russ@bergstresser.com<br>Richard J . Zabbo, Esq. BBO#685601<br>rich@bergstresser.com<br>Bergstresser & Pollock PC<br>52 Temple Place<br>Boston, MA 02111<br>(617) 682-9211 / (617) 451-1070 – FAX | /s/ Kenneth H. Anderson<br>Kenneth H. Anderson, Esq. BBO #556844<br>Anderson, Goldman, Tobin & Pasciucco<br>Suite 201<br>50 Redfield Street<br>Boston, MA 02122<br>(617) 265-3900 / Fax: 617-265-3627<br> Email: kanderson@andersongoldman.com |

City of Lynn,
By its attorneys

/s/ George S. Markopoulos
George S. Markopoulos, Esq. BBO # 546189
City Solicitor for the City of Lynn
3 City Hall Square, Room 406
Lynn, MA 01901
(781) 586-6848
Email: gmarkopoulos@lynnma.gov

## CERTIFICATE OF SERVICE

    I, Richard J. Zabbo, attorney for the plaintiff, Gabriela Paling, hereby certify that a true copy of the foregoing document was filed electronically with the Federal Court's electronic filing system on this 15th day of July, 2019.

                                                    /s/ Richard J. Zabbo
                                                    Richard J. Zabbo